Certificate Number: 05781-TXS-DE-041547704

Bankruptcy Case Number: 26-36818

05781-TXS-DE-041547704

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 11, 2026, at 7:36 o'clock PM PDT, Elizabeth Williams completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: October 11, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President